# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| **JAMES E. SHELTON** <br><br> *Plaintiff* <br><br> v. <br><br> **COMMITTEE FOR POLICE OFFICERS DEFENSE PAC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:24-cv-04679-JP |

## AFFIDAVIT OF SERVICE

I, Yasmin Pardillo, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Committee for Police Officers' Defense in VA on September 6, 2024 at 1:42 pm at 10521 Judicial Drive, suite 200, Fairfax, VA 22030 by leaving the following documents with Christopher Day who as Attorney is authorized by appointment or by law to receive service of process for Committee for Police Officers' Defense.

Complaint

White Male, est. age 45-54, glasses: Y, Gray hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.8432152663,-77.3117369135
Photograph: See Exhibit 1


Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

____Fairfax County_____,

__VA____ on __9/6/2024_____.

/s/ *Yasmin Pardillo*
_____
Signature
Yasmin Pardillo
+1 (703) 595-6221



Exhibit 1a)



Exhibit 1b)