IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SHELTON<br><br>*Plaintiff,*<br><br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br>*Defendants.* | CIVIL ACTION NO.: 2:24-cv-04679-JP<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

**TO THE PROTONOTARY:**

Kindly enter my appearance in the above-captioned matter on behalf of Defendant, Committee for Police Officers Defense PAC.

DATED: October 7, 2024

Respectfully submitted,

ARENTFOX SCHIFF LLP

By: /s/ *Sharon O'Reilly*
    Sharon O'Reilly
    PA ID No. 327315
    1301 Avenue of the Americas
    42nd Floor
    New York, NY 10019
    212.484.3900
    sharon.oreilly@afslaw.com
    *Attorney for Defendant Committee for Police Officers Defense PAC*

## CERTIFICATE OF SERVICE

I, Sharon O'Reilly, hereby certify that I will serve a true and correct copy of the foregoing Entry of Appearance of Defendant, Committee for Police Officers Defense PAC, with the Court and on all parties electronically.

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

By: */s Sharon O'Reilly*
Sharon O'Reilly
PA ID No. 327315
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
212.484.3900
sharon.oreilly@afslaw.com
*Attorney for Defendant*

Dated: October 7, 2024

AFSDOCS:300292678.1