## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action:  24-4679

**JAMES E. SHELTON**

v.

**COMMITTEE FOR POLICE OFFICERS DEFENSE PAC**

Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant  for failure to plead or otherwise defend

George Wylesol
Clerk of Court

By: s/Stephen Gill
      Stephen Gill , Deputy Clerk