IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON**<br><br>*Plaintiff,*<br><br>v.<br><br>**COMMITTEE FOR POLICE OFFICERS DEFENSE PAC**<br>*Defendants.* | **CIVIL ACTION NO.: 2:24-cv-04679-JP**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

**AND NOW**, on this _____ day of _____, 2024, upon consideration of Plaintiff's Request for the Clerk's Entry of Default and Defendant's Response in Opposition, or in the Alternative, Defendant's Motion to Set Aside Entry of Default, it is hereby **ORDERED** and **DECREED** that Plaintiff's said Request is **DENIED.**

It is further **ORDERED** that Defendant's Motion to Set Aside Entry of Default is **GRANTED.**

BY THE COURT:

_____
Hon. John R. Padova, U.S.D.J.