IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON**<br><br>*Plaintiff,*<br><br>v.<br><br>**COMMITTEE FOR POLICE OFFICERS DEFENSE PAC**<br>*Defendants.* | **CIVIL ACTION NO.: 2:24-cv-04679-JP**<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER

**AND NOW**, on this _____ day of _____, 2024, upon consideration of Defendant's Motion to Extend Deadline to Respond to Plaintiff's Complaint, and any response in opposition thereto, it is **ORDERED** and **DECREED** that Defendant's said Motion is **GRANTED**.

BY THE COURT:

_____
Hon. John R. Padova, U.S.D.J.