**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant. | Case No. 24-4679<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO SET ASIDE ENTRY DEFAULT

COMES NOW Plaintiff James E. Shelton, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Notice of Non-Opposition to Defendant's Motion to Set Aside Entry of Default (ECF No. 7) and to provide Defendant until October 11, 2024 to respond to the Complaint. This Notice should not be deemed as an admission of any of the averments contained therein, which are expressly denied. It should also be noted that counsel for Plaintiff sent two emails to counsel for Defendant indicating that Defendant was in default and Plaintiff was going to proceed with entry of default and received no response addressing either, both of which emails were omitted from Defendant's motion.

RESPECTFULLY SUBMITTED AND DATED this October 8, 2024.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.


Dated: October 8, 2024

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com