IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SHELTON, individually and on behalf of others similarly situated | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMITTEE FOR POLICE OFFICERS DEFENSE PAC | : | NO. 24-4679 |

## ORDER

**AND NOW**, this 8th day of October, 2024, upon consideration of "Defendant's Response in Opposition to Plaintiff's Request for Clerk's Entry of Default Judgment, or, in the Alternative, Motion to Set Aside Entry of Default" (Docket No. 7), Defendant's "Motion to Extend Deadline to Respond to Plaintiff's Complaint" (Docket No. 8), and Plaintiff's "Notice of Non-Opposition to Defendant's Motion to Set Aside Entry of Default," in which Plaintiff also states that he does not oppose a brief extension for Defendant to respond to the Complaint, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Set Aside Entry of Default is **GRANTED AS UNOPPOSED**, and the Entry of Default is **SET ASIDE**.

2. Defendant's Motion to Extend the Deadline to Respond to Plaintiff's Complaint is **GRANTED**, and Defendant shall answer or otherwise respond to Plaintiff's Complaint no later than October 25, 2024.[1]

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.

---

[1] Defendant asks in its Motion for an extension until October 25, 2024, explaining that it is still finalizing its engagement of counsel for litigation purposes and that counsel is also getting married this weekend. Plaintiff responds that he only agrees to an extension until October 11, 2024. Under the circumstances, we conclude that Defendant's requested extension is reasonable.