IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON,** :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>**COMMITTEE FOR POLICE OFFICERS** :<br>**DEFENSE PAC** :<br>Defendant. :<br>: | No. 2:24-cv-04679-JP |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Daniel R. Walworth on behalf of Defendant Committee for Police Officers Defense PAC, in the above captioned matter.

                                              Respectfully submitted,
                                              **DUANE MORRIS LLP**

                                              */s/ Daniel R. Walworth*
                                              Daniel R. Walworth (PA #204968)
                                              Aleksander W. Smolij (PA #329521)
                                              30 South 17th Street
                                              Philadelphia, PA 19103
                                              Tel.: (215) 979-1194
                                              Fax: (215) 405-2917
                                              dwalworth@duanemorris.com
                                              awsmolij@duanemorris.com

Dated: October 24, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2024, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Dated: October 24, 2024                                                  */s/ Daniel R. Walworth*
                                                                                        Daniel R. Walworth