IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON,** | : |
| Plaintiff, | : No. 2:24-cv-04679-JP |
| v. | : |
| **COMMITTEE FOR POLICE OFFICERS DEFENSE PAC** | : |
| Defendant. | : |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure Defendant Committee for Police Officers Defense PAC, hereby states that Defendant does not have any parent corporation, nor is there any publicly held corporation that owns 10% or more of Defendant's stock.

Respectfully submitted,
**DUANE MORRIS LLP**

*/s/ Daniel R. Walworth*
Daniel R. Walworth (PA #204968)
Aleksander W. Smolij (PA #329521)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1194
Fax: (215) 405-2917
dwalworth@duanemorris.com
awsmolij@duanemorris.com

**BERNHOFT LAW FIRM, S.C.**

Patrick Kane
*Pro Hac Vice* forthcoming
Texas Bar No. 24115685
1710 W. 6th Street
Austin, TX 78703
(512) 582-2100 telephone
(512) 373-3159 facsimile
ptkane@bernhoftlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 24, 2024, I electronically filed the foregoing Defendant's Corporate Disclosure Statement using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Dated: October 24, 2024                              */s/ Daniel R. Walworth*
                                                              Daniel R. Walworth