IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SHELTON, | : |
| Plaintiff, | : No. 2:24-cv-04679-JP |
| v. | : |
| COMMITTEE FOR POLICE OFFICERS DEFENSE PAC | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Aleksander W. Smolij on behalf of Defendant Committee for Police Officers Defense PAC, in the above captioned matter.

        Respectfully submitted,
        **DUANE MORRIS LLP**

        */s/ Aleksander W. Smolij*
        Daniel R. Walworth (PA #204968)
        Aleksander W. Smolij (PA #329521)
        30 South 17th Street
        Philadelphia, PA 19103
        Tel.: (215) 979-1194
        Fax: (215) 405-2917
        dwalworth@duanemorris.com
        awsmolij@duanemorris.com

Dated: October 24, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2024, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

Dated: October 24, 2024                                    */s/ Aleksander W. Smolij*
                                                                                Aleksander W. Smolij