IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant. | Case No. 24-cv-04679-JP<br><br>**JURY TRIAL DEMANDED** |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please withdraw the appearance of Sharon O'Reilly of ArentFox Schiff LLP, who has appeared on behalf of Defendant, Committee for Police Officers Defense PAC, in the above-captioned matter.

Dated:  October 24, 2024

**ARENTFOX SCHIFF LLP**

By: /s/ *Sharon O'Reilly*
Sharon O'Reilly
PA ID No. 327315
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
212.484.3900
sharon.oreilly@afslaw.com
*Attorney for Defendant Committee for Police Officers Defense PAC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Withdrawal of Appearance was served on this date on the following counsel of record via the Court's CM/ECF system:

> Andrew Roman Perrong
> Perrong Law LLC
> 2657 Mt. Carmel Ave
> Glenside, PA 19038
> 215-225-5529
> Fax: 888-329-0305
> Email: a@perronglaw.com

> By: */s Sharon O'Reilly*
> Sharon O'Reilly
> PA ID No. 327315
> 1301 Avenue of the Americas
> 42nd Floor
> New York, NY 10019
> 212.484.3900
> sharon.oreilly@afslaw.com
> *Attorney for Defendant Committee for Police Officers Defense PAC*

Dated: October 24, 2024

AFSDOCS:300393039.1