IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Shelton | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| | : | No.: 24-4679 |
| Committee for Police Officers Defense PAC | | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of Patrick Kane _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 24-4679

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Patrick Kane** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Texas | 12/17/2020 | 24115685 |
|  |  |  |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Western District of Texas | 7-15-21 |  |
|  |  |  |
|  |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

*Patrick Kane*
(Applicant's Signature)

10-23-24
(Date)

Name of Applicant's Firm: The Bernhoft Law Firm
Address: 1710 W. 6th Street, Austin, TX 78703
Telephone Number: 512-582-2100
Email Address: ptkane@bernhoftlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-23-2024                              *Patrick Kane*
(Date)                                              (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Patrick Kane, Esq. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Aleksander Smolij | *Aleksander W. Smolij* | 08/08/2022 | 329521 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

30 South 17th Street, Philadelphia, PA 19103-4196

215 979-1589

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/26/2024                         *Aleksander W. Smolij*
                   (Date)                            (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Shelton                               :        Civil Action
                                            :
   v.                                       :
                                            :
                                            :        No.:   24-4679
Committee for Police
Officers Defense PAC

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  **Patrick Kane**  ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

Via PACER/ECF, which will serve a copy on all counsel of record in this case.


*Patrick Kane*
_____
(Signature of Attorney)

Patrick Kane
_____
(Name of Attorney)

Aleksander Smolij
_____
(Name of Moving Party)

10-23-24
_____
(Date)