IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Shelton | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| | : | No.: 24-4679 |
| Committee for Police Officers Defense PAC | | |

ORDER

AND NOW, this  28th  day of  October  2024, it is hereby

ORDERED that the application of  Patrick Kane  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[x]  GRANTED.[1]

[ ]  DENIED.

/s/ John R. Padova
John R. Padova,                                    J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.