IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Shelton                          :        Civil Action
                                       :
            v.                         :
                                       :
Committee for Police        ⊞          :        No.: 24-cv-04679-JP
Officers Defense PAC

ORDER

AND NOW, this   6th   day of Nov. Robert G. Bernhoft     20 24, it is hereby

ORDERED that the application of _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒   GRANTED.[1]

☐   DENIED.

                              /s/ John R. Padova
                    _____
                         John R. Padova          , J.

_____

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/ nextgen-cmecf.