**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES SHELTON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| | : **No. 2:24-cv-04679-JP** |
| **v.** | : |
| | : |
| **COMMITTEE FOR POLICE OFFICERS DEFENSE PAC** | : |
| **Defendant.** | : |
| | : |

**DEFENDANT'S RULE 12(b)(1) MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND BRIEF IN SUPPORT**

Defendant Committee for Police Officers Defense PAC (herein "Defendant") through their counsel of record respectfully files this Rule 12(b)(1) Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction and Rule 12(b)(6) Motion to Dismiss. This motion and supporting brief are filed pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

Respectfully submitted on November 25, 2024.

**THE BERNHOFT LAW FIRM, S.C.**
Attorneys for Defendant


/s/ Patrick Kane
Patrick Kane, Esq.

1710 W. 6th Street
Austin, TX 78703
Telephone: (512) 582-2100
Facsimile: (512) 373-3159
ptkane@bernhoftlaw.com

**DUANE MORRIS LLP**

Daniel R. Walworth (PA #204968)
Aleksander W. Smolij (PA #329521)

30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1194
Fax: (215) 405-2917
dwalworth@duanemorris.com
awsmolij@duanemorris.com