IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SHELTON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>    Defendant. | No. 2:24-cv-04679-JP |

I, Patrick Kane, Esq. hereby declare under the penalty of perjury that:

1. Exhibit A is a true and correct copy of Final Verdict Solution's Website.

2. Exhibit B is a true and correct copy of the amended complaint in *Jacovetti Law P.C. v. Shelton* publicly filed in the Eastern District of Pennsylvania.

3. Exhibit C is a true and correct copy of the motion to compel arbitration filed by Comcast Cable in James Shelton v. Comcast Corporation in the Eastern District of Pennsylvania.

Dated: November 25, 2024.
Austin, Texas

THE BERNHOFT LAW FIRM, S.C.
Attorneys for Defendant

/s/ Patrick Kane
Patrick Kane, Esq.

1710 W. 6th Street
Austin, TX 78703
Telephone: (512) 582-2100
Facsimile: (512) 373-3159
ptkane@bernhoftlaw.com