# EXHIBIT A



ABOUT    TEAM    SUCCESSES    TESTIMONIALS    FAQ    CONTACT US    CT

# Our Team

## The people that make it happen

Our team consists of a vast network of private investigators, attorneys, process servers, and collection professionals across the United States, providing crucial support and expertise in our business. This team is always available to provide detailed insight into debtors and their assets, assist with obtaining court documents, and stay up-to-date on new changes in the law. Behind the scenes at First Verdict Solutions however, is a one-person operation led by Mr. Jamie Shelton.

# Jamie Shelton

A resident and native of Pennsylvania, Jamie Shelton is the Director of **Final Verdict Solutions**. Over the years, he has collected hundreds of unpaid judgments, utilizing all legal methods at his disposal. Jamie likes to collect as much money as possible from his debtors, and he knows how to do it.



 

A graduate of **Case Western Reserve University**, Jamie gained substantial business acumen in college. Upon graduation, he completed an apprenticeship with **Evanns Collection Law**, a premier collection law firm in Los Angeles, California. In this time, he

acquired extensive experience collecting judgments in all 50 states, particularly Pennsylvania, California, New Jersey, Florida, Ohio, Missouri, and Texas.

He was recently elected President of the **California Association of Judgment Professionals (CAJP)**, and is an active member of the **The Judgment Institute of California**. Despite being one of the youngest members in these professional organizations, Jamie is highly respected for his knowledge and expertise in the collections industry.

Jamie is known for his wit and sharp sense of humor, which often belies his no-nonsense attitude when it comes to getting the job done. He is dedicated to seeking **justice through the enforcement of judgments**, and consistently displays his willingness to go above and beyond what is expected in order **to achieve success**.

# Collect your judgment

Did you know over 80% of court judgments go uncollected according to the American Bar Association? Final Verdict Solutions is here to remedy that problem.

GET STARTED



**MENU**

**LEGAL**

**FOLLOW**

**CONTACT**

Home

Privacy

Instagram

2001 Market Street

| About | Policy | Facebook | Suite 2500 |
| --- | --- | --- | --- |
| Team | Terms of Use | Twitter | Philadelphia, PA 19103 |
| Success Stories | Accessibility | | 484-312-3300 |
| Testimonials | LOCATIONS | | info@finalverdictsolutions.com |
| FAQ | Philadelphia | | |
| Blog | Los Angeles | | |
| Contact | San Francisco | | |





Map data ©2024 Google  Report a map error

Disclaimer: We are regarded as a debt collector under the law in certain jurisdictions. This website is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Nothing on this website should be considered or construed as legal advice. We are not attorneys. If you require legal advice, please contact an attorney.

© 2024 Final Verdict Solutions - All Rights Reserved