IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES SHELTON,** | : | |
| Plaintiff, | : | No. 2:24-cv-04679-JP |
| v. | : | |
| **COMMITTEE FOR POLICE OFFICERS DEFENSE PAC** | : | |
| Defendant. | : | |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Upon consideration of Defendant Committee for Police Officers Defense PAC's ("Defendant") motion to dismiss Plaintiff's Complaint, Plaintiff's opposition thereto, and the entire record in this matter, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____

BY THE COURT:

_____

**PADOVA, J.**