## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 25, 2024, a true and accurate copy of the foregoing was filed with the Court using the Clerk of Court's electronic filing system, which by its operation will send notice of this filing to all parties that have entered an appearance in this matter.

**THE BERNHOFT LAW FIRM, S.C.**
Attorneys for Defendant

/s/ Patrick Kane
Patrick Kane, Esq.

1710 W. 6th Street
Austin, TX 78703
Telephone: (512) 582-2100
Facsimile: (512) 373-3159
ptkane@bernhoftlaw.com

**DUANE MORRIS LLP**
Daniel R. Walworth (PA #204968)
Aleksander W. Smolij (PA #329521)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1194
Fax: (215) 405-2917
dwalworth@duanemorris.com
awsmolij@duanemorris.com