**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant. | Case No. 24-4679<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER DENYING DEFENDANT'S**
**MOTION TO DISMISS**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF No. 21) is hereby DENIED.

*BY THE COURT:*

_____

Hon. John Padova, J.