**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMITTEE FOR POLICE OFFICERS DEFENSE PAC | : | NO.: 24-cv-4679 |

**O R D E R**

**AND NOW**, this **16th** day of **JANUARY 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable John R. Padova to the calendar of the Honorable Gail A. Weilheimer.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
**Chief Judge**

ATTEST:

  /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**