IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant. | CASE NO.<br>2:24-cv-04679-GAW<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff respectfully files this Notice of Supplemental Authority in Opposition to Defendant Committee for Police Officers Defense PAC's Motion To Dismiss. Today, Judge McHugh of this Court denied a nearly identical motion to dismiss in one of Mr. Shelton's other cases, *Shelton v. Pro Source Lending Group LLC*, No. 24-4394. A copy of the opinion is enclosed herein as Exhibit A.

The opinion is notable in that it addresses the Plaintiff's standing and application of the Plaintiff's prior case of *Shelton v. Target Advance LLC*, also relied upon by the Defendant here. The Memorandum Opinion also applies, and rejects, the other authorities relied upon by the Defendant here, including distinguishing *Stoops v. Wells Fargo Bank, N.A.*, 197 F. Supp. 3d 782 (W.D. Pa. 2016), where the plaintiff there was held not to have standing, *inter alia*, because she have at least thirty-five cellphones that she kept with the specific intent of manufacturing TCPA claims.

1

In light of the foregoing authority, the Defendant's Motion to Dismiss must therefore be denied.

RESPECTFULLY SUBMITTED AND DATED this March 14, 2025.

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: March 14, 2025

>*/s/ Andrew Roman Perrong*
>Andrew Roman Perrong, Esq.
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com