IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br>   Plaintiff,<br><br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br>   Defendant. | :  Case No. 24-4679<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE CLERK:

 Please enter my appearance on behalf of Defendant COMMITTEE FOR POLICE OFFICERS DEFENSE PAC in the above-captioned matter.

         Respectfully submitted,

         **NELSON MULLINS RILEY**
         **& SCARBOROUGH LLP**

         */s/ Elyse N. Cohen*
         Elyse N. Cohen (PA Bar Id. No. 320787)
         Nelson Mullins Riley & Scarborough LLP
         1000 Westlakes Drive, Suite 275
         Berwyn, PA 19312
         (610) 943-5354
         Elyse.Cohen@nelsonmullins.com

         *Attorneys for Defendant,*
         *Committee for Police Officers Defense PAC*

Date: March 31, 2025

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of my Praecipe for Entry of Appearance has been forwarded to all known counsel of record via E-filing electronic service in accordance with the Federal Rules of Civil Procedure on this 31st day of March, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Elyse N. Cohen*
Elyse N. Cohen (PA Bar Id. No. 320787)
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
(610) 943-5354
Elyse.Cohen@nelsonmullins.com

*Attorneys for Defendant,*
*Committee for Police Officers Defense PAC*