IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON,** | : |
| Plaintiff, | : No. 2:24-cv-04679 |
| v. | : |
| **COMMITTEE FOR POLICE OFFICERS DEFENSE PAC** | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(b), the undersigned, Daniel R. Walworth, hereby withdraws his appearance as one of the attorneys of record for Defendant Committee for Police Officers Defense PAC in the above-captioned matter. Defendant is currently represented by other counsel of record who shall continue their appearances.

Dated: April 1, 2025

Respectfully submitted,

DUANE MORRIS LLP

By: /s/ *Daniel R. Walworth*
**DUANE MORRIS LLP**

Daniel R. Walworth (PA #204968)
Aleksander W. Smolij (PA #329521)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1194
Fax: (215) 405-2917
dwalworth@duanemorris.com
awsmolij@duanemorris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2025, the undersigned filed the foregoing Notice of Withdrawal of Appearance via the Court's CM/ECF system, which sent notice to all counsel of record in this action.

Dated:  April 1, 2025                     /s/ *Daniel R. Walworth*
                                          Daniel R. Walworth