IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SHELTON, *Plaintiff,* v. COMMITTEE FOR POLICE OFFICERS DEFENSE PAC, *Defendant.* | Case No. 2:24-cv-04679-JP |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 5.1(b), the undersigned attorney, Robert G. Bernhoft of the Bernhoft Law Firm, S.C., hereby withdraw their appearances as attorneys of record for Defendant Committee for Police Officers Defense PAC in the above-captioned matter. Defendant is currently represented by other counsel of record who shall continue their appearances.

1

DATED this 8th Day of April 2025.

                                                        Respectfully submitted,

                                                         */s/ Robert G. Bernhoft*
                                                        Robert G. Bernhoft, Esq.
                                                        Wisconsin Bar No. 1032777

                                                        **THE BERNHOFT LAW FIRM, S.C.**
                                                        1710 W. 6th Street
                                                        Austin, Texas 78703
                                                        (512) 582-2100 telephone
                                                        (512) 373-3159 facsimile
                                                        rgbernhoft@bernhoftlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 8, 2025, a true and accurate copy of the foregoing was filed with the Court using the Clerk of Court's electronic filing system, which by its operation will send notice of this filing to all parties that have entered an appearance in this matter.

DATED this 8th Day of April 2025

*/s/ Robert G. Bernhoft*
Robert G. Bernhoft, Esq.
