UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SHELTON | Civil Action No. 2:24-CV-04679-GAW |
| Plaintiff, | |
| vs. | |
| COMMITTEE FOR POLICE OFFICERS DEFENSE PAC, | |
| Defendant, | |

### STIPULATION FOR AN EXTENSION OF TIMETO ANSWER PLAINTIFF'S COMPLAINT

Defendant, Committee for Police Officers Defense PAC ("CPOD") respectfully requests that this Honorable Court grant an extension of time to file its response to Plaintiff's Complaint, ECF 1 by fourteen (14) days up to and including April 24 2025. The current deadline is April 10, 2025. CPOD conferred with counsel for Plaintiff and Plaintiff does not oppose this request. In further support, CPOD states as follows:

1.      On September 5, 2024, Plaintiff filed his Complaint. *See* ECF 1.

2.      On October 8, 2024, this Honorable Court granted CPOD's Motion to Set Aside Default and extended the time for CPOD to respond to Plaintiff's Complaint. *See* ECF 10.

3.      On October 28, 2024, this Honorable Court entered the parties' stipulation to extend the time for CPOD to respond to the Complaint after it retained different counsel. *See* ECF 18.

4.      On November 25, 2024, CPOD filed its Motion to Dismiss the Complaint. *See* ECF 21.

5.      This Honorable Court provided Plaintiff with an extension of time to respond to CPOD's Motion. *See* ECF 22.

6.  On March 27, 2025, this Honorable Court denied CPOD's Motion to Dismiss. *See* ECF 27.

7.  The undersigned counsel was just retained as local counsel on April 1, 2025 and has not yet had an opportunity to discuss this matter with CPOD's coordinating counsel.

8.  The undersigned respectfully requests an extension of time, up to and including April 24, 2025 to answer Plaintiff's Complaint. The extension is necessary for the undersigned to review the Complaint and the information presently available related to Plaintiff's class action claims.

9.  Plaintiff's counsel consented to this request by e-mail on April 2, 2025.

10.  This Stipulation is made in good faith and not for the purpose of delay. F. R. Civ. P. 6(b).

WHEREFORE, Plaintiff James Shelton and Defendant Committee for Police Officers Defense PAC stipulate to a fourteen day extension of time for Defendant to Answer Plaintiff's Complaint, up to and including April 24, 2025.

Respectfully submitted on April 3, 2025.

**PERRONG LAW**

**NELSON MULLINS RILEY
& SCARBOROUGH, LLP**

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
2657 Mt. Carmel Ave.
Glenside, PA 19038
(T):  215-225-5529
(F):  888-329-0305
a@perronglaw.com

*/s/ Elyse N. Cohen*
Elyse N. Cohen, Esq.
PA Attorney Id. No. 320787
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
(T): 610-943-5354
Elyse.Cohen@nelsonmullins.com

*Attorney for Plaintiff*

*Attorneys for Defendant,
Committee for Police Officers Defense PA*

So ORDERED this ____ day of _____, 2025.

_____
Gail A. Weilheimer, U.S.D.J.