# EXHIBIT B

TRANSCRIPT OF CALL

| | |
|---|---|
| James Shelton: | Hello. Hello. |
| Robot "Tom": | Hi, good morning. This is Tom calling for the Committee for Police Officers' Defense PAC. |
| James Shelton: | Okay. Hello? **[00:00:15]** |
| Robot "Tom": | Sir, the reason for the recorded call is that the 527 PAC which backs the rights of our law enforcement officers has started its fund drive, and it's reaching out to everyone in the area. |
| James Shelton: | What's called, a recorder? |
| Robot "Tom": | This is for legislatives that will to keep our community safe – |
| James Shelton: | Are you a robot? **[00:00:31]** |
| Robot "Tom": | – and promote assistance to the families of officers killed or injured in the line of duty. Sir, when you receive your receipt and return envelope, can the organization count on your small one-time support? |
| James Shelton: | Yes. |
| Robot "Tom": | Okay. Well, we have some different amounts. **[Inaudible] [00:00:45]** for the drive with a gold sponsor at $100 **[00:00:47].** The silver is $75, and the bronze is $55. Which one's comfortable for you? |
| James Shelton: | Um, bronze. |
| Robot "Tom": | Now let me just ask, are you 100% comfortable with that amount? **[00:00:59]** |
| James Shelton: | Yes. |
| Robot "Tom": | Outstanding. Now, please don't hang up. I'm going to transfer you to the records department so they can confirm your information. Another voice will pick up, okay? |
| James Shelton: | Okay. |
| Robot "Tom": | Could you hold on just one second please? |
| James Shelton: | Yes. **[00:01:15]** |

Steve: Hello?

James Shelton: Hello.

Steve: Hi, this is Steve. **[Inaudible] [00:01:22]**. Thank you for supporting the Committee for Police Officers' Defense PAC. I see here you wanna donate $55. **[00:01:30]** Is that amount comfortable for you?

James Shelton: Yes.

Steve: Well, thank you so much, sir. That is gonna go a long way to help. And who do I have the pleasure of speaking with?

James Shelton: James.

Steve: And what's your last name, James? **[00:01:44]**

James Shelton: Shelton, S-H-E-L-T-O-N.

Steve: Thank you, sir. And which card are you using to process your generous donation, Visa, MasterCard, Discover, **[inaudible]**?

James Shelton: Master. **[00:02:00]**

Steve: Okay, great. Card number and expiration date?

James Shelton: ███████████████████████████████. **[00:02:16]**

Steve: Thank you, sir. And the expiration date?

James Shelton: Expiration's ███

Steve: Thank you, sir. **[00:02:30]** And you are authorizing the Committee for Police Officers' Defense PAC to process your card for a onetime $55 donation, correct Mr. Shelton?

James Shelton: Yes.

Steve: Thank you so much, sir. That is **[inaudible]** with your help. And what address **[00:02:45] [inaudible]?**

James Shelton: ███████████████████████████████. **[00:03:00]**

| | |
|---|---|
| Steve: | Thank you. Is there an apartment number with your address there, James? |
| James Shelton: | No. |
| Steve: | Okay, thank you sir. And I do see here that you've generously **[inaudible] [00:03:11]** $10 to help us pledge to help us run the cost of the call. **[Inaudible]** $50 or $55. **[00:03:15]** Would it be okay if we count on you for one of those pledges just this one time for the drive, James? **[00:03:31]** |
| James Shelton: | Uh, no thank you. |
| Steve: | Okay, we'll say $55 is more than generous. It will go a very long way to help. Just one moment while I go ahead and finish processing your very generous donation, okay James? |
| James Shelton: | All right. Thanks. **[00:03:45] [00:04:00]** |
| Steve: | Just about finished up. Thank you very much for your patience. **[00:04:15] [00:04:30]** Okay, I do apologize, sir. Uh, that card was declined. Um, do you have another card you can – |
| James Shelton: | Man, it declined on me the other day too. Uh, can I give you my, um, can I give you another card? **[00:04:47]** |
| Steve: | Yeah, absolutely. |
| James Shelton: | Okay. And I went to Shake Shack the other day and it declined on me too, but it's a new card. Maybe I didn't activate it. All right. Um, try this one, **[00:05:00]** ▮ |
| Steve: | Okay, thank you. **[00:05:15]** And the expiration on that one? |
| James Shelton: | ▮ |
| Steve: | Okay. All right. It'll just take me one moment to go ahead and put your information back in there. |
| James Shelton: | Great. **[No dictation] [00:05:30 – 00:06:03]** |
| Steve: | Just about finished. Thank you again for bearing with me. |
| James Shelton: | Mm-hmm. |

| | |
|---|---|
| Steve: | Okay, that – that card was approved. Uh, I was able to go ahead and process your donation successfully. Uh, so please look for your receipt and a thank you letter in the mail within the next few days. **[00:06:17]** I wanna thank you again for your very generous support, James. And now gifts and contributions made to the PAC are not tax deductible. And this call is being paid for by the Committee for Police Officers' Defense PAC. **[00:06:30]** The website is www.committeeforpoliceofficersdefense.com, and is not authorized by any candidate or candidate's committee. Thank you again for your very generous support, James, and have a wonderful day. |
| James Shelton: | All right. Have a good day. Bye. |
| Steve: | You too. Thank you. |
| James Shelton: | Yep. |
| Steve: | Bye-bye. |

**[End of Audio]**

**Duration: 7 minutes**



# CERTIFICATION OF AUTHENTICITY

Date: December 18, 2024

**Client:** Andrew Perrong
**Audio File Transcribed by GMR Transcription Services, Inc.:**
**File Name:** 235112_phone_20240826-110242__14848405327

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed this 18th day of December, 2024.

Sincerely,

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653

2552 Walnut Ave. Suite 100 Tustin, CA 92780
www.gmrtranscription.com