IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Counter-Defendant,<br>      v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant/Counter-Plaintiff. | Case No. 24-4679<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Plaintiff and Counter-Defendant, James E. Shelton, with the consent of Defendant and Counter-Plaintiff Committee for Police Officers Defense PAC, respectfully requests that he receive an extension of time to May 22, 2025 in order to file a response to the Counter-Plaintiff's Counterclaim. This additional time is required to address the novel issues presented in the Counterclaim, as well as due to the press of existing prior business and obligations.

RESPECTFULLY SUBMITTED AND DATED this April 28, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this April 28, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.