IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Counter-Defendant,<br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant/Counter-Plaintiff. | Case No. 24-4679<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING
## UNOPPOSED MOTION FOR EXTENSION OF TIME

AND NOW, this 29th day of April, 2025, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to respond to the Defendant's Counterclaim, it is ORDERED that the motion is GRANTED. Plaintiff shall have until May 22, 2025 in order to file a responsive pleading to Defendant's Counterclaim (ECF No. 35).

_____
Hon. Gail A. Weilheimer, J.