IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES SHELTON                          :
                                       :          Case Number: 2:24-cv-04679-GAW
                                       :
        v.                             :
                                       :
COMMITTEE FOR POLICE                   :
OFFICERS DEFENSE PAC

ORDER

AND NOW, this _____ day of _____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐    GRANTED.  The Clerk is DIRECTED to add _____Tori L. Guidry_____, Esquire as counsel for

__Committee for Police Officers Defense PAC__.  ___Tori L. Guidry___ is DIRECTED to request ECF filing access

using their PACER Account[1]

☐    DENIED.

                                              _____
                                                                                  , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:24-cv-04679-GAW

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, <u>MOVANT'S STATEMENT</u>

I, _____Tori L. Guidry_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Committee for Police Officers Defense PAC.  My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

    A.   *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| Louisiana | Oct. 19, 2017 | 37704 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

    B.   *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| USDC - Eastern District of Louisiana | Oct. 31, 2022 | 37704 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

    C.   *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Defendant Committee for Polica Officers Defense PAC

*Name of Attorney:* Tori L. Guidry

*Firm Address:* Troutman Amin, LLP, 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618

*Telephone Number:* (985) 688-3307

*Email Address:* tori@troutmanamin.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* May 21, 2025                    /s/ Tori L. Guidry
              *(Date)*                                 *(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ Tori L. Guidry _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Elyse N. Cohen | /s/ Elyse N. Cohen | 11/20/2015 | 320787 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

1000 Westlakes Drive, Suite 275, Berwyn, PA 19312

Elyse.cohen@nelsonmullins.com

610-943-5354

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* ___05/22/2025___               ___/s/ Elyse N. Cohen___
    *(Date)*            *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES SHELTON                           :          Case Number: <u>2:24-cv-04679-GAW</u>
                                        :
                                        :
        v.                              :
                                        :
COMMITTEE FOR POLICE                    :
OFFICERS DEFENSE PAC

<u>CERTIFICATE OF SERVICE</u>

I declare under penalty of perjury that a copy of the motion of _____<u>Tori L. Guidry</u>_____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

> Andrew Roman Perrong, Esquire
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> a@perronglaw.com
>
> Anthony Paronich, Esquire
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> anthony@paronichlaw.com
>
> *Attorneys for Plaintiff and the Proposed Class*

                                          */s/ Elyse N. Cohen*
                                    _____
                                    (Signature of Attorney)

                                          Elyse N. Cohen
                                    _____
                                    (Name of Attorney)

                                          Tori L. Guidry
                                    _____
                                    (Name of Moving Party)

                                          05/22/2025
                                    _____
                                    (Date)