# EXHIBIT A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _Ms. Tori L Guidry_

whose address is _400 Spectrum Center Dr Ste 1550, Irvine, CA 92618_

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _19th_ day of _October_, _2017_.

Given over my hand and the Seal of the Louisiana State Bar Association, this _23rd_ day of _August_, _2024_.

_[signature]_
Executive Director
Louisiana State Bar Association