IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES SHELTON                          :          Case Number: 2:29-CV-04679-GAW
                                       :
                                       :
                                       :
        v.                             :
                                       :
COMMITTEE FOR POLICE                   :
OFFICERS DEFENSE PAC                   :

### ORDER

AND NOW, this _____ day of _____ 20___ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐      GRANTED.  The Clerk is DIRECTED to add _____Eric J. Troutman_____, Esquire as counsel for

____Committee for Police Officers Defense PAC____ . __Eric J. Troutman__ is DIRECTED to request ECF filing access

using their PACER Account[1.]

☐      DENIED.

_____
                                                                    , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:29-CV-04679-GAW

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT***
***PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, <u>MOVANT'S STATEMENT</u>

I, ___Eric J. Troutman___ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent <u>Committee for Police Officers Defense PAC</u>.  My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

   A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| California | December 12, 2003 | 229263 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

   B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| USDC - California Eastern District | July 19, 2005 | 229263 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC - California Southern District | May 18, 2007 | 229263 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC - California Northern District | May 29, 2007 | 229263 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC - California Northen District | Nov. 29, 2006 | 229263 |

   C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

   *I am seeking to enter my appearance for* Defendant Committee for Police Officers Defense PAC

   *Name of Attorney:* Eric J. Troutman

   *Firm Address:* Troutman Amin, LLP, 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618

   *Telephone Number:* (949) 350-5612

   *Email Address:* troutman@troutmanamin.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* May 21, 2025                          /s/ Eric J. Troutman
          *(Date)*                                     *(Movant's signature)*

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

       The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Eric J. Troutman_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Elyse N. Cohen | */s/ Elyse N. Cohen* | 11/20/2015 | 320787 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

    1000 Westlakes Drive, Suite 275, Berwyn, PA 19312
_____

     Elyse.cohen@nelsonmullins.com
_____

   610-943-5354
_____

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* ____05/22/2025_____         ____*/s/ Elyse N. Cohen*_____
         *(Date)*                                  *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES SHELTON                          :        Case Number: <u>2:29-CV-04679-GAW</u>
                                       :
                                       :
                                       :
        v.                             :
                                       :
COMMITTEE FOR POLICE                   :
OFFICERS DEFENSE PAC

<u>CERTIFICATE OF SERVICE</u>

I declare under penalty of perjury that a copy of the motion of _____Eric J. Troutman_____ ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com

Anthony Paronich, Esquire
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*

                                    */s/ Elyse N. Cohen*
                                    _____
                                    (Signature of Attorney)

                                      Elyse N. Cohen
                                    _____
                                    (Name of Attorney)

                                      Eric J. Troutman
                                    _____
                                    (Name of Moving Party)

                                      05/22/2025
                                    _____
                                    (Date)