IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SHELTON | : | Case Number: 2:24-CV-04679-GAW |
| | : | |
| | : | |
| v. | : | |
| | : | |
| COMMITTEE FOR POLICE OFFICERS DEFENSE PAC | : | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add ____Puja J. Amin____, Esquire as counsel for __Committee for Police Officers Defense PAC__. ____Puja J. Amin____ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:24-CV-04679-GAW

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Puja J. Amin the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Committee for Police Officers Defese PAC My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| California | December 2, 2014 | 299547 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| USDC - California Eastern District | Oct. 26, 2022 | 299547 |
| USDC - California Southern District | March 9, 2017 | 299547 |
| USDC - California Central District | March 9, 2017 | 299547 |
| USDC - California Northern District | March 11, 2025 | 299547 |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for Defendant Committee for Police Officers Defense PAC

Name of Attorney: Puja J. Amin

Firm Address: Troutman Amin, LLP, 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618

Telephone Number: (949) 350-3663

Email Address: amin@troutmanamin.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2025        /s/ Puja J. Amin
  (Date)          (Movant's signature)

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Puja J. Amin_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Elyse N. Cohen | /s/ Elyse N. Cohen | 11/20/2015 | 320787 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

1000 Westlakes Drive, Suite 275, Berwyn, PA 19312

Elyse.cohen@nelsonmullins.com

610-943-5354

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*  05/22/2025                                   /s/ Elyse N. Cohen
               (Date)                                       (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SHELTON | : | Case Number: 2:24-CV-04679-GAW |
| | : | |
| | : | |
| v. | : | |
| | : | |
| COMMITTEE FOR POLICE OFFICERS DEFNSE PAC | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of ___Puja J. Amin___, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

>Andrew Roman Perrong, Esquire
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, PA 19038
>a@perronglaw.com
>
>Anthony Paronich, Esquire
>Paronich Law, P.C.
>350 Lincoln Street, Suite 2400
>Hingham, MA 02043
>anthony@paronichlaw.com
>
>*Attorneys for Plaintiff and the Proposed Class*

/s/ Elyse N. Cohen
(Signature of Attorney)

Elyse N. Cohen
(Name of Attorney)

Puja J. Amin
(Name of Moving Party)

05/22/2025
(Date)