EXHIBIT 2

CALL RECORDING

File "phone_20240826-110242__14848405327"

(Placeholder pending further order of Court)