**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Counter-Defendant,<br>      v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant/Counter-Plaintiff. | Case No. 24-4679<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Plaintiff's Motion to Dismiss Defendant's Counterclaim against Plaintiff James E. Shelton (ECF No. 35) is GRANTED. Defendant Committee for Police Officers Defense PAC's counterclaim is hereby DISMISSED WITH PREJUDICE.

*BY THE COURT:*

_____
Hon. Gail A. Weilheimer, J.