IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES SHELTON

v.

COMMITTEE FOR POLICE
OFFICERS DEFENSE PAC

Case Number: 2:24-cv-04679-GAW

ORDER

AND NOW, this 2nd day of June 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED. The Clerk is DIRECTED to add __Tori L. Guidry__, Esquire as counsel for __Committee for Police Officers Defense PAC__. __Tori L. Guidry__ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).