IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SHELTON | : | Case Number: 2:24-CV-04679-GAW |
| | : | |
| v. | : | |
| | : | |
| COMMITTEE FOR POLICE OFFICERS DEFENSE PAC | : | |

## ORDER

AND NOW, this 2nd day of June 2025 it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED. The Clerk is DIRECTED to add ___Puja J. Amin___, Esquire as counsel for ___Committee for Police Officers Defense PAC___. ___Puja J. Amin___ is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).