IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Counter-Defendant,<br>    v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant/Counter-Plaintiff. | Case No. 24-4679<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a notice of dismissal within 45 days.

RESPECTFULLY SUBMITTED AND DATED this June 3, 2025.

                          */s/ Andrew Roman Perrong*
                          Andrew Roman Perrong, Esq.
                          E.D. Pa. Bar #333687
                          Perrong Law LLC
                          2657 Mount Carmel Avenue
                          Glenside, Pennsylvania 19038
                          Phone: 215-225-5529 (CALL-LAW)
                          Facsimile: 888-329-0305
                          a@perronglaw.com