IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMITTEE FOR POLICE OFFICERS DEFENSE PAC<br><br>Defendant/Counter-Plaintiff,<br><br>v.<br><br>JAMES E. SHELTON,<br><br>Counter-Defendant. | Case No. 24-4679<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James E. Shelton ("Plaintiff"), Defendant Committee For Police Officers Defense PAC ("COPD," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, stipulate and agree to the dismissal of all claims and counterclaims against each other in above-captioned action in their entirety with prejudice. Parties shall all pay their own costs and fees associated with this action.

Dated this 16th day of July, 2025.

1

| | |
|---|---|
| */s/ Andrew Roman Perrong* | */s/ Tori L. Guidry* |
| Andrew Roman Perrong, Esq. | Eric J. Troutman (pro hac vice) |
| **PERRONG LAW LLC** | California Bar No. 229263 |
| 2657 Mt. Carmel Ave | Puja J. Amin (pro hac vice) |
| Glenside, PA 19038 | California Bar No. 299547 |
| Email: a@perronglaw.com | Tori L. Guidry (pro hac vice) |
| *Attorney for Plaintiff* | Louisiana Bar No. 37704 |
| | TROUTMAN AMIN, LLP |
| | 400 Spectrum Center Drive, Suite 1550 |
| | Irvine, California 92618 |
| | Telephone: (985) 688-3307 |
| | Facsimile: (214) 758-1550 |
| | tori@troutmanamin.com |
| | |
| | *Attorney for Defendant COMMITTEE FOR POLICE OFFICERS DEFENSE PAC* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2025, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** using the Court's CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

Andrew Roman Perrong, Esq.
**PERRONG LAW LLC**
2657 Mt. Carmel Ave
Glenside, PA 19038
Email: a@perronglaw.com
*Attorney for Plaintiff*